Michael Brady Lynch (SBN 219214)
Michael@mblynchfirm.com
Amy E. German (SBN 105926)
amy@mblynchfirm.com
**THE MICHAEL BRADY LYNCH FIRM**
127 West Fairbanks Ave., Ste. 528
Winter Park, FL 32789
Telephone: (877) 513-9517
Facsimile: (321) 972-3568
Michael Louis Kelly (SBN 82063)
mlk@kirtlandpackard.com
Behram V. Parekh (SBN 180361)
bvp@kirtlandpackard.com
Ruth Rizkalla (SBN 224973)
rr@kirtlandpackard.com
**KIRTLAND & PACKARD LLP**
2041 Rosecrans Avenue, Third Floor
El Segundo, California 90245
Telephone: (310) 536-1000
Facsimile: (310) 536-1001

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ANZO, an individual;<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC; JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON,<br><br>　　　　　Defendants. | CASE NO. 2:15-CV-02217-KJM-EFB<br><br>**STIPULATION AND ORDER TO STAY ACTION PENDING JPML DETERMINATION** |

WHEREAS, the Court's September 2, 2016 Minute Order provides that by the close of business

---

CERTIFICATE OF SERVICE

1195130.1

on October 13, 2016, the parties shall file a stipulation/proposed order or Plaintiff shall file a motion for the filing of an amended complaint;

WHEREAS, the Parties agree Plaintiff filed her Complaint on October 26, 2015. Plaintiff alleges personal injuries resulting from use of Invokana®.

WHEREAS, the Parties agree that currently pending before the JPML is a Motion for Transfer of actions filed in this judicial district and other districts in the federal and state court system that involve Invokana® use to be transferred to MDL 2750 for coordinated and consolidated pretrial proceedings, pursuant to 28 U.S.C. § 1407.

WHEREAS, the Parties hereby stipulate that a stay is appropriate in the above-entitled action until after resolution of a pending motion before the Judicial Panel on Multidistrict Litigation ("JPML") that seeks to transfer multiple cases filed against Defendant Janssen Pharmaceuticals, Inc., et al, ("Janssen") involving Invokana® (canagliflozin) to In re: Invokana® (Canagliflozin) Products Liability Litigation, MDL No. 2750 ("MDL 2750").

WHEREAS, the Parties have agreed this stipulation will further judicial economy, and allow the Parties to efficiently pursue pleadings, motions, and discovery once the appropriate course of action is determined by the JPML.

WHEREAS, the Parties request the Court to stay all proceedings in this action, including, but not limited to the filing of a stipulation/proposed order or motion for the filing of an amended complaint and the scheduled Status (Pretrial Scheduling) Conference set for January 5, 2017 at 2:30 PM in Courtroom 3 before District Judge Kimberly J. Mueller with the filing of a joint status report due seven days prior, pending the resolution of the pending motion by the JPML.

The Parties hereby STIPULATE this case be stayed pending the JPML's ruling on the pending motion.

Dated: October 11, 2016                                      Respectfully Submitted

---

CERTIFICATE OF SERVICE

<div style="margin-left: 3em;">

By: /s/ Michael B. Lynch
Michael B. Lynch (SBN 21914)
**THE MICHAEL BRADY LYNCH FIRM**
127 West Fairbanks Ave., Ste. 528
Winter Park, FL 32789
Tel: (877) 513-9517
Fax: (321) 972-3568
michael@mblynchfirm.com

Michael Louis Kelly
Behram V. Parekh
Ruth Rizkalla

By: /s/ Behram V. Parekh
Behram V. Parekh (SBN 180361)
bvp@kirtlandpackard.com
**KIRTLAND & PACKARD LLP**
2041 Rosecrans Avenue, Third Floor
El Segundo, California 90245
Telephone: (310) 536-1000
Facsimile: (310) 536-1001

*Counsel for Plaintiffs*

By: /s/ Mollie F. Benedict
**TUCKER ELLIS LLP**
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Tel: 213.430.3400; Fax: 213.430.3409

*Counsel for Defendants Janssen Research & Development, LLC, Janssen Pharmaceuticals, Inc. and Johnson & Johnson*

</div>

IT IS SO ORDERED.

Dated: October 14, 2016.

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

1195130.1